## STANDARD STEEL CAR COMPANY v. FREDERICH, ADMINISTRATOR.

[No. 9,218. Filed February 2, 1917.]

From Porter Superior Court; *Harry L. Crumpacker*, Judge.

Action between the Standard Steel Car Company and Charles H. Frederich, administrator. From a judgment for the latter, the former appeals. *Transferred to Supreme Court.*

*Crumpacker & Crumpacker*, for appellant.
*McAleer & McAleer, D. J. Moran* and *D. E. Kelly*, for appellee.

DAUSMAN, J.—It appearing that the constitutionality of a statute is involved in this appeal, this cause is now hereby transferred to the Supreme Court, this 1st day of February, 1917.

---

## FLETCHER v. FLETCHER ET AL.

[No. 9,584. Filed February 13, 1917.]

From Marion Circuit Court (25,056) ; *Louis B. Ewbank*, Judge.

Action between Emily Fletcher and Nellie W. Fletcher and others. From a judgment for the latter, the former appeals. *Transferred to Supreme Court.*

*Fred E. Barrett* and *William L. Taylor*, for appellant.
*H. N. Spaan* and *Jackson Carter*, for appellees.

CALDWELL, J.—This cause is transferred to the Supreme Court under the provisions of §1429 Burns 1914, Acts 1893 p. 29, jurisdiction being in the Supreme Court rather than in the Appellate Court.

---

## HARTER v. BOARD OF COMMISSIONERS OF BOONE COUNTY.

[No. 9,511. Cause transferred to Supreme Court November 28, 1916.]

From Boone Circuit Court; *Willett H. Parr*, Judge.

Action by Samuel W. Harter against the Board of Commissioners of Boone county. *Transferred to Supreme Court.*